Michael A. Mugmon (CA SBN 251958)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
Email: michael.mugmon@wilmerhale.com

[Additional counsel on signature page.]

*Counsel for Defendants Eric A. Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, and Garen K. Staglin*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEVEN J. BUCHANAN,<br><br>        Plaintiff,<br><br>    v.<br><br>GREG W. BECKER, DANIEL J. BECK, KAREN HON, ROGER F. DUNBAR, BEVERLY KAY MATTHEWS, ERIC A. BENHAMOU, JOHN S. CLENDENING, RICHARD D. DANIELS, ALISON DAVIS, JOEL P. FRIEDMAN, JEFFREY N. MAGGIONCALDA, MARY J. MILLER, KATE D. MITCHELL, GAREN K. STAGLIN, BofA SECURITIES, INC., GOLDMAN SACHS & CO. LLC, KPMG LLP, and MOODY'S INVESTOR SERVICE, INC.,<br><br>        Defendants. | Case No. 5:24-cv-02684-JD<br><br>**STIPULATION AND [PROPOSED] ORDER** |

1  Pursuant to Civil Local Rules 6-1 and 6-2, plaintiff Steve Buchanan ("Plaintiff") and
2  defendants Gregory W. Becker, Daniel J. Beck, Karen Hon, John S. Clendening, Eric A.
3  Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N.
4  Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, Garen K. Staglin, BofA
5  Securities, Inc., Goldman Sachs & Co. LLC, and KPMG LLP (collectively, "Stipulating
6  Defendants"), by and through their undersigned counsel, hereby agree and stipulate to the
7  following matters:

WHEREAS, on May 3, 2024, Plaintiff commenced the above-captioned action ("Action") by filing a Complaint (ECF No. 1);

WHEREAS, the Action has been assigned to the Honorable James Donato (ECF No. 5), who issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6), which set a July 16, 2024 deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and to file an ADR Certification; and a July 30, 2024 deadline to file a joint case management statement and complete initial disclosures;

WHEREAS, the Stipulating Defendants have agreed to accept service of the Complaint filed in the Action through their respective undersigned counsel without waiving, and expressly reserving, all rights and defenses, including defenses based on personal jurisdiction, other than a defense as to the timeliness and sufficiency of the service of summons and the Complaint and the form of the summons;

WHEREAS, the Complaint concerns defendants, factual allegations and courses of conduct, relevant time periods, and causes of action that substantially overlap with the defendants, factual allegations and courses of conduct, relevant time periods, and causes of action in the Consolidated Amended Class Action Complaint for Violations of Federal Securities Laws filed on January 16, 2024 in the action captioned *In re SVB Financial Group Securities Litigation*, No. 3:23-cv-01097-JD that also is assigned to the Honorable James Donato (the "*SVB* Class Action") (*see SVB* Class Action, ECF No. 88 (the "Class Complaint"));

1    WHEREAS, the defendants in the *SVB* Class Action filed motions to dismiss the Class Complaint, which are currently pending;

WHEREAS, the Plaintiff and the Stipulating Defendants have met and conferred and agree that any decision by the Court on the motions to dismiss in the *SVB* Class Action likely will inform any decision to move, answer, or otherwise respond to the Complaint in this Action;

WHEREAS, the Plaintiff and the Stipulating Defendants also respectfully submit that good cause exists to vacate the deadlines set in the May 6, 2024 Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6) and all related deadlines, until after the Court has ruled on the motions to dismiss in the *SVB* Class Action;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein, subject to the Court's approval, as follows:

1. By entering into this stipulation, the Stipulating Defendants hereby accept the service of summons and the Complaint filed in the Action through the undersigned counsel without waiver of, and expressly reserving, all rights and defenses, including defenses based on personal jurisdiction, other than a defense as to the timeliness and sufficiency of the service of summons and the Complaint and the form of the summons.

2. The deadlines set in the May 6, 2024 Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 6) and all related deadlines are vacated, to be rescheduled by the Court after the Court rules on the motions to dismiss in the *SVB* Class Action, as the Court determines to be appropriate.

3. The deadline for Stipulating Defendants to move, answer, or otherwise respond to the Complaint filed in the Action is stayed pending the Court's Order on the pending motions to dismiss in the *SVB* Class Action.

4. Within 21 calendar days of the Court's Order on the pending motions to dismiss in the *SVB* Class Action, counsel for Plaintiff and the Stipulating Defendants shall meet and confer concerning amendment of the Complaint, the Stipulating Defendants' response to the Complaint, and, if discovery commences, the coordination of discovery, and shall submit a proposed schedule

for Plaintiff to amend the Complaint or the Stipulating Defendants to move, answer, or otherwise respond to the Complaint filed in the Action.

5. Discovery shall also proceed in the Action in coordination with the *SVB* Class Action following entry of a mutually agreeable protective order if (a) the pending motions to dismiss in the *SVB* Class Action are denied in whole or in any part and discovery proceeds; (b) documents are provided by any defendant to the plaintiffs in the *SVB* Class Action; or (c) discovery otherwise proceeds in the *SVB* Class Action. All documents provided to the plaintiffs in connection with the *SVB* Class Action shall be concurrently provided to Plaintiff in the Action. There shall be no stay of discovery in the Action regardless of whether any defendant files a motion to dismiss in the Action.

6. Plaintiff shall not utilize any documents or testimony from discovery provided pursuant to paragraph 5, unless the plaintiffs in the *SVB* Class Action are permitted to do so: (a) in opposing any defendant's motion to dismiss the Action, or (b) to amend or supplement any of the allegations in Plaintiff's operative complaint.

**IT IS SO STIPULATED.**

Dated: May 21, 2024

**WILMER CUTLER PICKERING HALE AND DORR LLP**

*/s/ Michael A. Mugmon*

Michael A. Mugmon (CA SBN 251958)
One Front Street, Suite 3500
San Francisco, CA 94111
Telephone: (628) 235-1000
Facsimile: (628) 235-1001
Email: michael.mugmon@wilmerhale.com

*Counsel for Defendants Eric A. Benhamou, Richard D. Daniels, Alison Davis, Roger F. Dunbar, Joel P. Friedman, Jeffrey N. Maggioncalda, Beverly Kay Matthews, Mary J. Miller, Kate D. Mitchell, and Garen K. Staglin*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2024 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 3 | | */s/ Chris Johnstone* |
| 4 | | Chris Johnstone (CA SBN 242152) |
| 5 | | 2600 El Camino Real, Suite 400 |
| | | Palo Alto, CA 94306 |
| 6 | | Telephone: (650) 858-6147 |
| 7 | | Facsimile: (650) 858-6100 |
| | | Email: chris.johnstone@wilmerhale.com |

Dated: May 21, 2024      **WILMER CUTLER PICKERING**
                                              **HALE AND DORR LLP**

*/s/ Chris Johnstone*

Chris Johnstone (CA SBN 242152)
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: (650) 858-6147
Facsimile: (650) 858-6100
Email: chris.johnstone@wilmerhale.com

Peter G. Neiman (*pro hac vice* forthcoming)
Jessica N. Djilani (*pro hac vice* forthcoming)
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8800
Facsimile: (212) 230-8888
Email: peter.neiman@wilmerhale.com
Email jessica.djilani@wilmerhale.com

*Counsel for Defendant Karen Hon*

Dated: May 21, 2024      **DLA PIPER LLP (US)**

*/s/ Richard H. Zelichov*

Richard H. Zelichov (CA SBN 193858)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
Telephone: (310) 595-3180
Facsimile: (310) 595-3480
Email: richard.zelichov@us.dlapiper.com

Bruce G. Vanyo (CA SBN 60134)
Paul S. Yong (CA SBN 303164)
Katten Muchin Rosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067
Tel: (310) 788-4400
Email:  bruce@katten.com
Email:  paul.yong@katten.com

*Counsel for Defendant John S. Clendening*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 21, 2024 | **KRAMER LEVIN NAFTALIS &** |
| 3 | | **FRANKEL LLP** |
| 4 | | */s/ Jennifer S. Windon* |
| 5 | | Jennifer S. Windom (*pro hac vice* forthcoming) |
| | | 2000 K Street NW, 4th Floor |
| 6 | | Washington, DC 20006 |
| | | Telephone: (202) 775-4500 |
| 7 | | Facsimile: (202) 775-4510 |
| | | Email: jwindom@kramerlevin.com |
| 8 | | |
| 9 | | Kristopher Kastens (CA SBN 254797) |
| | | 333 Twin Dolphin Drive, Suite 700 |
| 10 | | Redwood Shores, CA 94065 |
| | | Telephone: (650) 752-1700 |
| 11 | | Facsimile: (650) 752-1800 |
| | | Email: kkastens@kramerlevin.com |
| 12 | | |
| 13 | | Barry H. Berke (*pro hac vice* forthcoming) |
| | | Darren A. LaVerne (*pro hac vice* forthcoming) |
| 14 | | Daniel M. Ketani (*pro hac vice* forthcoming) |
| | | 1177 Avenue of the Americas |
| 15 | | New York, NY 10036 |
| | | Telephone: (212) 715-9100 |
| 16 | | Facsimile: (212) 715-8000 |
| 17 | | Email: bberke@kramerlevin.com |
| | | Email: dlaverne@kramerlevin.com |
| 18 | | Email: dketani@kramerlevin.com |
| 19 | | *Counsel for Defendant Daniel J. Beck* |
| 20 | Dated: May 21, 2024 | **ORRICK HERRINGTON & SUTCLIFFE LLP** |
| 21 | | */s/ Alexander K. Talarides* |
| 22 | | |
| | | Alexander K. Talarides (CA SBN 268068) |
| 23 | | James N. Kramer (CA SBN 154709) |
| | | The Orrick Building |
| 24 | | 405 Howard Street |
| | | San Francisco, CA 94105 |
| 25 | | Telephone: (415) 773 5900 |
| | | Facsimile: (415) 773-5957 |
| 26 | | Email: jkramer@orrick.com |
| 27 | | Email: atalarides@orrick.com |
| 28 | | |

5

STIPULATION AND [PROPOSED] ORDER                              CASE NO. 5:24-cv-02684-JD

|     |                        |                                                                    |
| --- | ---------------------- | ------------------------------------------------------------------ |
| 1   |                        |                                                                    |
| 2   |                        | *Counsel for Defendant Gregory W. Becker*                          |
| 3   | Dated: May 21, 2024    | **ALLEN OVERY SHEARMAN STERLING US LLP**                           |

<u>/s/ Daniel Hector Rees Laguardi</u>

Adam S. Hakki (*pro hac vice* forthcoming)
Daniel C. Lewis (*pro hac vice* forthcoming)
Joshua T. Ebersole (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, NY 10022
(212) 848-4906
Fax: (212) 848-7179
Email: ahakki@aoshearman.com
Email: daniel.lewis@aoshearman.com
Email: joshua.ebersole@aoshearman.com

Daniel Hector Rees Laguardia (CA SBN 314654)
140 New Montgomery, 10th Floor
San Francisco, CA 94105
415-646-1100
Email: daniel.laguardia@aoshearman.com

*Counsel for Goldman Sachs & Co. LLC and BofA Securities, Inc.*

Dated: May 21, 2024     **KING & SPALDING LLP**

<u>/s/ Lisa R. Bugni</u>
Lisa R. Bugni (CA SBN 323962)
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: lbugni@kslaw.com

*Counsel for Defendant KPMG LLP*

Dated: May 21, 2024

**SCOTT + SCOTT LLP**

*/s/ John T. Jasnoch*

John T. Jasnoch (CA SBN 329524)
Mollie Elizabeth Chadwick (CA SBN 329524)
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com
Email: mchadwick@scott-scott.com

*Counsel for Plaintiff Steven J. Buchanan*

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: June 4, 2024

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE