UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN J. BUCHANAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREGORY W. BECKER, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-02684-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Noel Wise to determine whether it is related to *In re SVB Financial Group Securities Litigation*, Case No. 23-cv-01097-NW.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: April 2, 2025

JAMES DONATO
United States District Judge